MENASHA WOODEN WARE CO. v. SOUTHERN OREGON CO. et al.

(Circuit Court of Appeals, Ninth Circuit. July 16, 1917.)

No. 2851.

In Error to the District Court of the United States for the District of Oregon; R. S. Bean, Judge.

Suit by the Menasha Wooden Ware Company against the Southern Oregon Company and others. Judgment for defendants, and plaintiff brings error. Affirmed.

Dolph, Mallory, Simon & Gearin, of Portland, Or., for plaintiff in error.

W. U. Douglas, of Marshfield, Or., for defendant in error First Nat. Bank of Coos Bay.

L. A. Liljeqvist, of Marshfield, Or., for defendants in error Coos County and others.

Before GILBERT, MORROW, and HUNT, Circuit Judges.

MORROW, Circuit Judge. The facts in this case are substantially the same as in case No. 2852, just decided (244 Fed. 83, —— C. C. A. ——), the differences consisting mainly in the amounts involved and the name of the bank upon which the checks were drawn for the amounts deposited with the clerk of the court. These differences are immaterial in determining the questions presented to this court.

For the reasons stated in case No. 2852, the judgment is affirmed.